1 MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
2 LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
3 Irvine, CA  92614
T: (949) 260-9171
4 F: (866) 365-3051
mhutchins@michaeltracylaw.com
5 mtracy@michaeltracylaw.com

6 Attorneys for Plaintiff RICHARD CODER

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD CODER, an individual, | Case No. 2:07-CV-00482-MCE-KJM |
| Plaintiff, | **STIPULATION TO FILE SECOND AMENDED COMPLAINT;** |
| vs. | **ORDER** |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, a California governmental entity, | |
| Defendants. | |

18    Defendant is a public entity and therefore is not subject to either Unfair Competition Laws or Labor Code section 203 contained in Plaintiff's First Amended Complaint.  Therefore, Plaintiff has agreed to amend its complaint and eliminate the second and third causes of action.

22    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this court may allow Plaintiff to file their Second

///

///

///

---

STIPULATION TO FILE SECOND AMENDED COMPLAINT

1 | Amended Complaint, a copy of which is attached hereto.

2 | DATED: July 5, 2007    LAW OFFICES OF MICHAEL L. TRACY

3

4 | By: _____
5 | MEGAN ROSS HUTCHINS, Attorney for Plaintiff RICHARD CODER

6 | DATED: _____    COOK BROWN LLP

7

8 | By: _____
  | DENNIS B. COOK, Attorney for Defendant
9 | SACRAMENTO MUNICIPAL UTILITY

10

11 | **ORDER**

12 | IT IS HEREBY ORDERED that Plaintiff may file the proposed Second

13 | Amended Complaint attached to this stipulation.

14 | IT IS FURTHER ORDERED that there shall be no further amendments to the

15 | complaint (stipulated or otherwise) without prior order of this court which shall be

16 | based upon reasons for the amendment provided to the Court in writing.

17 | DATED: July 5, 2007

18 | _____
19 | MORRISON C. ENGLAND, JR
   | UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION TO FILE SECOND AMENDED COMPLAINT